AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PAUL CHANDLER HAMPTON,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-042

RALPH SHROPSHIRE, Warden,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 8, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, the petition is dismissed, Petitioner's COA is denied, and Petitioner is not entitled to appeal in forma pauperis. This civil action stands closed.

| June 8, 2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cobell* |
| | (By) Deputy Clerk |

GAS Rev 10/2020